No. 49, Misc.   BOOTH *v.* KING, SUPERINTENDENT.   Supreme Court of California.   Certiorari denied.

No. 51, Misc.   ALLEN *v.* ILLINOIS.   Supreme Court of Illinois.   Certiorari denied.

No. 53, Misc.   GLIVA *v.* JACQUES, WARDEN, ET AL.   Supreme Court of Michigan.   Certiorari denied.

No. 55, Misc.   GEORGE *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.   *A. L. Wirin* and *Fred Okrand* for petitioner.   *Solicitor General Perlman, Assistant Attorney General McInerney, Beatrice Rosenberg* and *Felicia H. Dubrovsky* for the United States.

No. 56, Misc.   MARTINEZ ET AL. *v.* LOUISIANA.   Supreme Court of Louisiana.   Certiorari denied.   *G. Wray Gill* for petitioners.

No. 57, Misc.   DIXON *v.* RAGEN, WARDEN.   Circuit Court of Will County, Illinois.   Certiorari denied.

No. 58, Misc.   HEIN *v.* CRANOR, SUPERINTENDENT.   C. A. 9th Cir.   Certiorari denied.   *Will G. Beardslee* and *Graham K. Betts* for petitioner.

No. 59, Misc.   WATERMAN *v.* NELSON ET AL.   C. A. 2d Cir.   Certiorari denied. Petitioner *pro se.   Solicitor General Perlman* for respondents.